IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CATHY L. TOOLE**                                                                       **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 1:12cv363-KS-MTP**

**PRESIDENT BARACK OBAMA, et al.**                                    **DEFENDANTS**

## FINAL JUDGMENT

Plaintiff's claims against all of the Defendants having been dismissed by separate Orders of the Court,

IT IS THEREFORE ORDERED AND ADJUDGED that this case should be and is hereby DISMISSED.

**The plaintiff is hereby notified that, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, she has the right to appeal this Order to the United States Court of Appeals for the Fifth Circuit within sixty (60) days of the entry of this final judgment.**

SO ORDERED AND ADJUDGED this the 11th day of March, 2013.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE